No. 99–1000. ARMSTRONG v. UNITED STATES. C. A. 8th Cir. Motion of Arrowhead Counties Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 99–1009. DEBAUCHE v. TRANI ET AL. C. A. 4th Cir. Motion of Appleseed Electoral Reform Law Project et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 99–1011. KNIGHT PUBLISHING CO., DBA THE CHARLOTTE OBSERVER, ET AL. v. PRESBYTERIAN HEALTH SERVICES CORP. Sup. Ct. N. C. Motions of News & Observer Publishing Co., Inc., and Reporters Committee for Freedom of the Press et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 99–1140. TALLAKSON ET AL. v. BAXTER HEALTHCARE CORP. ET AL. C. A. 7th Cir. Motion of respondents for leave to lodge Court of Appeals' appendix under seal granted. Motion of respondents for leave to file Rule 29.6 listing under seal granted. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of these motions and this petition.

No. 99–7718. SMITH v. AMOCO OIL CO. C. A. 7th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.